## BEFORE THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

In the Matter of Horace Reed                    **Charging Party**

                                                **Charge No. 423-2023-00522**

VS.

**Washington County, Mississippi**                    **Respondent**

### POSITION STATEMENT OF WASHINGTON COUNTY

#### I.    Introduction and Statement of the Facts

Horace Reed was not the most qualified applicant interviewed on January,

2023, for the position of foreman within the Washington County Road Department.

Washington County is a governmental entity created and organized under

the laws of the State of Mississippi. Washington County is governed by a board of

supervisors elected by popular vote to manage the affairs of Washington County.

The duty elected supervisors in Washington County and their respective race and

gender are as follows:

                A. Lee Gordon, District 1, White Male; and

                B. Tommy L. Benson, District 2, African-American Male; and

                C. Carl McGee, District 3, African-American Male; and

                D. Mala Brooks, District 4; African-American Female; and

                E. Jerry Redmond, District 5; African-American Male.

1

As a unit system of government, Washington County is required to maintain centralized departments to manage the day-to-day operations of County government. To that end, the Board has under its direct supervision the following department heads and appointees with gender and races as follows:

    A. County Administrator, African-American female;

    B. Road Manager, African-American male;

    C. Building and Grounds Director, African-American male;

    D. Emergency Management Director, White male;

    E. Justice Court Clerk, African-American female;

    F. County Engineer, African-American male;

    G. Planning Office Interim, African-American male; and

    H. Board Attorney, African-American male.

Charging Party, Horace Reed, was employed as a truck driver for the Road Department on or about March 7, 2007. Other than the position of foreman, he has never pursued upward mobility or demonstrated interest in or shown the initiative or drive to pursue opportunities in county government other than foreman within the road department.

On January 23, 2023, the road department posted a position for foreman. The Road Department received interest from six (6) employees as follows:

    A. Horace Reed, Charging Party, African-American male

2

B. James Terry, White male;

C. Greg Duncan, African-American male;

D. Andre Smith, African-American male; and

E. Deionta Winder, African-American male.

The interview team consisted of Arthur Perry, Road Manager, an African-American male; Mark Johnson, Assistant Road Manager, White male; and Chelesa Carter, the County Administrator, an African-American female.

Each of the applicants were interviewed. Charging Party devote much of his interview attacking the Road Manager and Assistant Road Manager. Subsequent to the interview process, the interview team unanimously determined that James Terry was the most qualified applicant to fill the position of foreman.

## II. Response to Specific Claims or Charges by Charging Party

A. **Allegation:** "I was hired by the employer on March 7, 2007 as a truck driver at $8.50/hour and later began making $15.44/hour."

**Reponse:** Washington County admits that Charging Party was employed on or about March 7, 2007 at an hourly rate of $8.50/per hour as a truck driver. It further admits only that Charging Party continues to be solely a truck driver at an hourly rate of $15.44 due to gradual salary and longevity (length of employment) increases over the years. Charging Party has never received a merit raise.

3

B. **Allegation:** "In January, 2023, my made a promotion to fill a Road Foreman that was posted."

    **Response:** Admitted.

C. **Allegation:** "I applied, was interviewed, and qualified for the position, however, it was given to my white co-worker who was a convicted felon."

    **Response:** Washington County admits only that Charging Party applied for the position of road foreman as posted in on or about January 23, 2023. Washington County further admits that Charging Party met the minimum qualifications for the position and was interviewed for the position by the county officials mentioned above. However, after all the interviews were conducted, the interview team deliberated and concluded that the most qualified person to fill the position was James Terry, a white male.

D. **Allegation:** "My employer has a policy that no one can be in management with a criminal record."

    **Response:** Denied. Washington County does not have such a policy. Further, one of the county's current managers is a convicted felon. He has been in management for many years.

E. **Allegation:** "On January 25, 2023, Road Manager Arthur Perry stated that as long as he is a manager, I would never be promoted."

    **Response:** Denied.

4

F.   **Allegation:** "I believe I was discriminated against because of my race

(Black) in violation of Title VII of the Civil Rights Act of 1964, as amended."

**Response:** Denied.

### III.   The Performance, Experience and Initiative of Reed is Not Comparable to that of Terry

Charging Party lacks the qualifications and experiences of Terry, the person

selected.

Washington County has many positions in the Road Department for which its

foremans are expected to have knowledge and experience in and with through

work or other services. While Charging Party has been employed with

Washington County for more than sixteen (16) years, he has never sought

employment, training or promotion to any available position other than foreman.

Instead, he has elected to remain a career long truck driver. As a result, Charging

Party lacks the "required knowledge and experience in the following area: "Prior

knowledge in the safe operation of various types of heavy-duty equipment and

machinery." Further, Charging Party has been under the immediate supervision of

a foreman, Andre Miles, African-American male, for many years. Yet, he has

never requested a transfer to another position under Miles' leadership to expand

the depth and scope of his knowledge and experiences of the work force or in areas

foremans are expected to have knowledge and experience.

5

On the other hand, Terry was employed in October, 2007. He came to Washington County from the City of Greenville, Mississippi with heavy equipment experience. He has continued to expand his experience in heavy equipment and has knowledge in other areas such as project planning, building and road maintenance. Further, Terry has the knowledge and understanding necessary to fulfill the duties within the road department.

As a result, based on the objective analysis conducted by the interviews, it was and remains the opinion of the interviewers that Terry was the person most qualified to fill the position of foreman.

## IV. **Documentary Evidence**

Washington County submits the following documentary evidence in support of its position statement:

   A. Job Posting for position of foreman;

   B. List of job descriptions for road department positions;

   C. The interview file consisting of resume's, interviews, applications;

      a. Horace Reed

      b. Andra L. Smith

      c. Gregory Duncan

      d. James Terry

      e. Deionta Winder

6

D. Relevant portions of personnel file for Charging Party, Horace Reed; and

E. Relevant portions of personnel file of James Terry.

Washington County remains ready to provide additional information as requested.

Respectfully submitted, this the 31st day of May, 2023.

Willie Griffin,
Attorney for Washington County

7

# JOB POSTING

**JOB TITLE:** Road Foreman
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $16.00 - $19.50

**SUMMARY:** Supervises various types of road work performed by operators, drivers, and crew members by performing the following duties.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:** Include the following but other related duties may be assigned by Road Manager and Assistant Road Manager.
- Responsible for supervising all operators, drivers, and crew members in the daily operations of the department
- Performs other duties and projects as assigned

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License
- Must be able to work Monday through Friday, 7:00am to 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Demonstrated ability to build rapport and work with others in a team setting
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters
- Ability to solve complex problems utilizing good judgment and tact is required
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery



Documentary
Evidence
"A"

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

**Crew Manager Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous education and/or experience which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

IF INTERESTED IN THIS POSITION, PLEASE COMPLETE AND SUBMIT AN APPLICATION AND ATTACH A RESUME. ALL APPLICATIONS AND RESUMES ARE DUE TO THE ROAD MANAGER OR ASSISTANT ROAD MANAGER BY JANUARY 11, 2023.

# WASHINGTON COUNTY BOARD OF SUPERVISORS
# JOB DESCRIPTION

**JOB TITLE:** Bridge Crew – Lead Climber
**DEPARTMENT:** Bridges and Culverts
**REPORTS TO:** Road Manager
**HOURLY RATE:** $12.00 - $15.00

**SUMMARY:** Performs general bridge construction and maintenance work on county bridges by performing the following duties:

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Responsible for climbing 30' hammer, untying cables and setting piling
- Responsible for unloading supplies and materials
- Responsible for maintaining and operating various equipment as required, including cleaning, greasing, washing and report to the supervisor any maintenance requirements
- Performs other duties and projects as assigned

## JOB REQUIREMENTS:
- Must have a valid Mississippi Driver License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am to 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to pull cable, measure pipe, and assist with bridge construction
- Ability to work independently and in a team environment

## EDUCATION AND/OR EXPERIENCE:
- High School Diploma or its equivalent is required
- Previous experience involving bridge work and the proper operation of related machinery which is acceptable to the hiring authority



Documentary Evidence "B"

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

**Bridge Crew Lead Climber Job Description Page 2**

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description. (Print Name)

_____ Date: ___/___/___
Employee Signature

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTIONS

**JOB TITLE:** Crew Manager (Solid Waste, Mechanic Shop, Bridge, County Wide, Zone 1 and Zone 2, Shop Office)
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $16.00 - $19.50

**SUMMARY:** Supervises various types of road work performed by operators, drivers, and crew members by performing the following duties.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:** Include the following but other related duties may be assigned by Road Manager and Assistant Road Manager.
- Responsible for supervising all operators, drivers, and crew members in the daily operations of the department
- Performs other duties and projects as assigned

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License
- Must be able to work Monday through Friday, 7:00am to 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Demonstrated ability to build rapport and work with others in a team setting
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters
- Ability to solve complex problems utilizing good judgment and tact is required
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**Crew Manager Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous education and/or experience which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description. (Print Name)

_____     Date:  ___/___/___
Employee Signature

# WASHINGTON COUNTY BOARD OF SUPERVISORS
# JOB DESCRIPTION

**JOB TITLE:** Equipment Operator I (Tractor, Chip Spreader, Reclaimer)
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $12.00 - $15.00

**SUMMARY:** Responsible for assisting the Road Manager by skilled work in the operation of a variety of heavy duty equipment used in material handling and road maintenance.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Operate gasoline or diesel equipment used in material handling, bridge construction, earth moving, excavating, grading and road construction or maintenance
- Operate tractor, reclaimer, chip spreader, drag line equipment
- Operate other assigned equipment as required
- Perform other duties and manual labor as assigned
- Check mechanical conditions of equipment and make minor operating repairs on machinery and equipment
- Responsible for reporting any suspected equipment problems

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License (CDL Class B preferred)
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**Road Equipment Operator I Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent its required
- Previous experience in the operation of road construction equipment which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to operate equipment long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description.  (Print Name)


_____ Date: ___/___/___
Employee Signature

# WASHINGTON COUNTY BOARD OF SUPERVISORS
# JOB DESCRIPTION

**JOB TITLE:**    Equipment Operator II (Track Hoe, Back Hoe, Crane, Road Grader)
**DEPARTMENT:**    Road
**REPORTS TO:**    Road Manager
**HOURLY RATE:**    $13.00 - $16.00

**SUMMARY:** Responsible for assisting the Road Manager by skilled work in the operation of a variety of heavy duty equipment used in material handling and road maintenance.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Operate gasoline or diesel machinery used in material handling, bridge construction, earth moving, excavating, grading, road construction or maintenance
- Operate motor grader to shape roads and pitches to specified grade
- Operate tractors, bulldozers, front-end loader, track hoes and similar equipment to level and grade sites, and perform related digging and earth moving operations
- Cut and shape drainage ditches to specified grades
- Operate trucks and perform manual labor duties as assigned
- Operate heavy duty crane to set and drive concrete or timber piles, place bridge components and other jobs related to bridge construction
- Check mechanical conditions of equipment and make minor operating repairs on machinery and equipment
- Responsible for reporting any suspected equipment problems

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License (CDL Class B preferred)
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**Road Equipment Operator II Job Description Page 2**

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge of construction and/or maintenance
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent its required
- Previous experience in the operation of road construction equipment which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to operate equipment long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description.  (Print Name)

_____    Date: ___/___/___
Employee Signature

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:**      Dragline Operator
**DEPARTMENT:**   Road Department
**REPORTS TO:**   Road Manager
**HOURLY RATE:**   $14.00-$17.00

**SUMMARY:** Responsible for assisting the Road Manager by skilled work in the operation of operating heavy equipment used in material handling and road maintenance.

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Operate heavy equipment used in material handling, bridge construction, earth moving, excavating, grading and road construction or maintenance
- Skillfully operate all levers, pedals, and operating boards to maneuver the dragline equipment, such as shovels and loaders
- Perform maintenance on equipment to prevent unnecessary wear and tear
- Inspect dragline equipment daily for problems or malfunctions before operating to ensure a safe work environment
- Report to the Road Manager and Assistant Road Manager with any complications with dragline equipment
- Become familiar with digging plans, machine capabilities and limitations, and with efficient and safe digging procedures
- Perform other duties as assigned

## JOB REQUIREMENTS:
- Must have a valid Class B Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am-3:00 pm
- Must be available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:

- Ability to carry out instructions written, oral, or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies, and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**EDUCATION AND/OR EXPERIENCE:**

- High School or equivalent required; advanced degree or relevant experience preferred

- Previous experience in the operation of road construction equipment which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**

While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees are required to operate equipment long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

**Disclaimer:** The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

# JOB POSTING

| | |
|---|---|
| **JOB TITLE:** | Equipment Operator II (Track Hoe, Back Hoe, Crane, Road Grader) |
| **DEPARTMENT:** | Road |
| **REPORTS TO:** | Road Manager |
| **HOURLY RATE:** | $14.00 - $17.00 |

**SUMMARY:** Responsible for assisting the Road Manager by skilled work in the operation of a variety of heavy duty equipment used in material handling and road maintenance.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Operate gasoline or diesel machinery used in material handling, bridge construction, earth moving, excavating, grading, road construction or maintenance
- Operate motor grader to shape roads and pitches to specified grade
- Operate tractors, bulldozers, front-end loader, track hoes and similar equipment to level and grade sites, and perform related digging and earth moving operations
- Cut and shape drainage ditches to specified grades
- Operate trucks and perform manual labor duties as assigned
- Operate heavy duty crane to set and drive concrete or timber piles, place bridge components and other jobs related to bridge construction
- Check mechanical conditions of equipment and make minor operating repairs on machinery and equipment
- Responsible for reporting any suspected equipment problems

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License (CDL Class B preferred)
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**Road Equipment Operator II Job Description Page 2**

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge of construction and/or maintenance
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent its required
- Previous experience in the operation of road construction equipment which is directly related to the position and acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to operate equipment long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

IF INTERESTED IN THIS POSITION, PLEASE ADVISE THE ROAD MANAGER OR ASSISTANT ROAD MANAGER BY MARCH 29, 2022

# JOB POSTING

**JOB TITLE:** Crew Member (Sign Truck, Limb Truck, Pot Hole Machine Operator, Parts Man, Bridge Crew
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $12.00 - $15.00

**SUMMARY:** Responsible for assisting the road crew by performing manual labor duties.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Dig trenches and backfill ditches as required
- Collect garbage, refuse and load gathered material into vehicles for disposal
- Relieve other positions as required
- Mow lawns, tree trim, weed whack and clean around signs and bridges
- Cut grass, bushes, and clean ditches within the County area and easements
- Spray areas with weed killers
- Patch potholes, rake asphalt, ability to follow grades
- Install street signs, tree trimming, weed whacking
- Unloading supplies and materials
- Maintain and operate various equipment as required, including cleaning, greasing, washing and reporting to the supervisor any maintenance requirements
- Performs other duties and projects as assigned

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to communicate well and understand instructions
- Ability to interpret documents, office manuals and policies and procedures
- Ability to carry out instructions furnished written, oral or in a diagram

**Crew Member Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous experience in a related area of road maintenance and/or construction which is acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

IF INTERESTED IN THIS POSITION, PLEASE ADVISE THE ROAD MANAGER OR ASSISTANT ROAD MANAGER BY MARCH 29, 2022

# JOB POSTING

**JOB TITLE:** Truck Driver II
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $14.00 – $17.00

**SUMMARY:** Responsible for performing skilled labor in the operation of trucks used in material handling and road construction

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Operates both tandem and single axle heavy dump trucks
- Hauls, loads and dumps rock, dirt, refuse, etc., at designated sites
- Relieves equipment operators, laborers and other positions as needed
- Maintain, clean and check equipment to ensure safe operation
- Responsible for reporting any suspected equipment problems
- Perform other duties and projects as assigned

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Class A Commercial Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Ability to solve complex problems utilizing good judgment and tact is required
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required

- Previous experience in the operation of road construction truck driving which is directly related to the position and acceptable to the hiring authority

**Truck Driver II Job Description Page 2**

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to drive long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

IF INTERESTED IN THIS POSITION, PLEASE ADVISE THE ROAD MANAGER OR ASSISTANT ROAD MANAGER. ALL APPLICATIIONS ARE DUE BY JUNE 13, 2022!

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:** Shop Mechanic
**DEPARTMENT:** Road
**REPORTS TO:** Shop Manager
**HOURLY RATE:** $14.00 - $18.13

**SUMMARY:** Responsible for maintenance and repair of county owned vehicles and road construction equipment

### ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Perform engine repairs and overhauls on all assigned vehicles
- Repair and maintain small engine power and equipment both in the mechanic shop and in the field as needed
- Maintain and repair shop equipment
- Requisition, purchase and stock parts for the mechanic shop
- Perform inspections on vehicles and equipment on a routine basis
- Maintain service records on all county owned vehicles
- Properly dispose of unused oil and waste as regulated by the EPA
- Prepare requests for parts that are needed for repair and inventory stock
- Ensure that shop area is kept clean and clear of debris
- Perform other duties and manual labor as assigned

### JOB REQUIREMENTS:
- Must have a valid Mississippi Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

### REQUIRED KNOWLEDGE AND SKILLS:
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**Mechanic Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or equivalent is required
- Extensive training and experience in automobile, truck and equipment maintenance repair is required
- Certification in this field is strongly preferred

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed the above job description.
(Print Name)

_____ Date: ___/___/___
Employee Signature

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:**    Crew Member (Sign Truck, Limb Truck, Pot Hole Machine
Operator, Parts Man, Bridge Crew

**DEPARTMENT:**  Road

**REPORTS TO:**  Road Manager

**HOURLY RATE:**  $12.00 - $15.00

**SUMMARY:** Responsible for assisting the road crew by performing manual labor duties.

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Dig trenches and backfill ditches as required
- Collect garbage, refuse and load gathered material into vehicles for disposal
- Relieve other positions as required
- Mow lawns, tree trim, weed whack and clean around signs and bridges
- Cut grass, bushes, and clean ditches within the County area and easements
- Spray areas with weed killers
- Patch potholes, rake asphalt, ability to follow grades
- Install street signs, tree trimming, weed whacking
- Unloading supplies and materials
- Maintain and operate various equipment as required, including cleaning, greasing, washing and reporting to the supervisor any maintenance requirements
- Performs other duties and projects as assigned

## JOB REQUIREMENTS:
- Must have a valid Mississippi Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:
- Ability to communicate well and understand instructions
- Ability to interpret documents, office manuals and policies and procedures
- Ability to carry out instructions furnished written, oral or in a diagram

**Crew Member Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous experience in a related area of road maintenance and/or construction which is acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.


Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.


I, _____ have reviewed and understand the above
job description.   (Print Name)


_____   Date: ____/____/____
Employee Signature

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:** Road Sign and Traffic Control Person
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $12.00 - $14.00

**SUMMARY:** Responsible for assisting the road crew by creating, installing and replacing signs. Responsible for assisting the road crew by performing manual labor duties.

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Create and install road and bridge signs
- Operate equipment to create road and bridge signs
- Install, repair and replace road and bridge signs
- Collect garbage, refuse and load gathered material into vehicles for disposal
- Relieve other positions as required
- Mow lawns, tree trim, weed whack and clean around signs and bridges
- Cut grass, bushes, and clean ditches within the County area and easements
- Spray areas with weed killers
- Patch potholes, rake asphalt, ability to follow grades
- Install street signs, tree trimming, weed whacking
- Unloading supplies and materials
- Maintain and operate various equipment as required, including cleaning, greasing, washing and reporting to the supervisor any maintenance requirements
- Performs other duties and projects as assigned

## JOB REQUIREMENTS:
- Must have a valid Mississippi B Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:
- Ability to communicate well and understand instructions
- Ability to interpret documents, office manuals and policies and procedures
- Ability to carry out instructions furnished written, oral or in a diagram

**Road Sign and Traffic Control Person Job Description Page 2**

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous experience in a related area of road maintenance and/or construction which is acceptable to the hiring authority

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description. (Print Name)

_____     Date: ___/___/___
Employee Signature

# WASHINGTON COUNTY BOARD OF SUPERVISORS
# JOB DESCRIPTION

**JOB TITLE:** Tire Man
**DEPARTMENT:** Road
**REPORTS TO:** Road Manager
**HOURLY RATE:** $12.00 - $14.50

**SUMMARY:** Emergency road repair of flat tires for county owned vehicles, Sheriff Department vehicles and road department equipment. Repairs and maintains automotive and road construction equipment in the field by performing the following duties:

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Responsible for emergency road repair of flat tires
- Responsible for keeping a variety of tires in stock
- Performs other duties and projects as assigned

## JOB REQUIREMENTS:
- Must have a valid Mississippi Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction

## EDUCATION AND/OR EXPERIENCE:
- High School Diploma or its equivalent is required
- Previous experience in a related area of maintenance which is acceptable to the hiring authority

## WORK ENVIRONMENT:
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

**Tire Man Job Description Page 2**

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above job description.  (Print Name)

_____   Date: ____/____/____
Employee Signature

# WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:**    Truck Driver I (Solid Waste, Tar, Pot Hole, Limb Truck)
**DEPARTMENT:**    Road
**REPORTS TO:**    Road Manager
**HOURLY RATE:**    $12.00 - $15.00

**SUMMARY:** Responsible for hauling dirt, fill, rocks, refuse, etc., to and from designated work sites.

### ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Operating a heavy duty single axel dump truck
- Haul and dump dirt, refuse, etc., at designated sites
- Relieve laborers or other positions as required
- Maintain, clean and check equipment to ensure safe operation
- Responsible for reporting any suspected equipment problems
- Perform other duties and projects as assigned

### JOB REQUIREMENTS:
- Must have a valid Mississippi Class B Commercial Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

### REQUIRED KNOWLEDGE AND SKILLS:
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

### EDUCATION AND/OR EXPERIENCE:
- High School Diploma or its equivalent is required
- Previous experience in the operation of road construction truck driving which is directly related to the position and acceptable to the hiring authority

**Truck Driver I Job Description Page 2**

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to drive long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above job description. (Print Name)

_____ Date: ___/___/___
Employee Signature

## WASHINGTON COUNTY BOARD OF SUPERVISORS
## JOB DESCRIPTION

**JOB TITLE:**    Truck Driver II
**DEPARTMENT:**    Road
**REPORTS TO:**    Road Manager
**HOURLY RATE:**    $14.00 – $17.00

**SUMMARY:** Responsible for performing skilled labor in the operation of trucks used in material handling and road construction

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**
- Operates both tandem and single axle heavy dump trucks
- Hauls, loads and dumps rock, dirt, refuse, etc., at designated sites
- Relieves equipment operators, laborers and other positions as needed
- Maintain, clean and check equipment to ensure safe operation
- Responsible for reporting any suspected equipment problems
- Perform other duties and projects as assigned

**JOB REQUIREMENTS:**
- Must have a valid Mississippi Class A Commercial Driver's License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am – 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

**REQUIRED KNOWLEDGE AND SKILLS:**
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently or in a team environment
- Ability to solve complex problems utilizing good judgment and tact is required
- Prior knowledge in the safe operation of various types of heavy-duty equipment and machinery

**EDUCATION AND/OR EXPERIENCE:**
- High School Diploma or its equivalent is required
- Previous experience in the operation of road construction truck driving which is directly related to the position and acceptable to the hiring authority

**Truck Driver II Job Description Page 2**

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. The employees is required to drive long periods of time, carry supplies or tools, lift or move heavy objects and assume duties of other positions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above
job description. (Print Name)

_____ Date: ___/___/___
Employee Signature

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

# WASHINGTON COUNTY BOARD OF SUPERVISORS
# JOB DESCRIPTION

**JOB TITLE:** Welder
**DEPARTMENT:** Road
**REPORTS TO:** Road Department
**SALARY:** $14.00 - $17.00

**SUMMARY:** Welds metal components together to fabricate or repair products such as parts on automotive and road construction equipment by performing the following duties:

## ESSENTIAL DUTIES AND RESPONSIBILITIES:
- Welds metal parts together using both gas welding or brazing, and any combination of arc welding processes
- Repairs broken or cracked parts, fills holes, and increases size of metal parts
- Positions and clamps together components of fabricated metal products preparatory to welding
- Assists the shop and field mechanics in the repair and maintenance of automotive and road construction equipment when needed
- Performs minor repairs on equipment when needed
- Maintains shop equipment when needed
- Responsible for receiving inventory
- Performs other duties and manual labor as assigned

## JOB REQUIREMENTS:
- Must have a valid Mississippi Driver License
- Must be physically able to perform all duties and responsibilities
- Must be able to work Monday through Friday, 7:00am to 3:00pm
- Available to work extended hours during hazardous conditions as required
- Ability to perform any necessary tasks or functions during the recovery efforts as a result of natural or man-made emergencies or disasters

## REQUIRED KNOWLEDGE AND SKILLS:
- Ability to carry out instructions written, oral or in a diagram form
- Ability to read, analyze and interpret instruction manuals, policies and procedures
- Ability to communicate well and understand oral and written instruction
- Ability to work independently and in a team environment

## EDUCATION AND/OR EXPERIENCE:
- High School Diploma or its equivalent is required
- Minimum of two years education and/or experience which is directly related to the position and acceptable to the hiring authority

**Welder Job Description Page 2**

**WORK ENVIRONMENT:**
While performing the duties of this job, the employee regularly works outside in all weather conditions. The employee is frequently exposed to cold, wet and/or humid conditions. Employee will be required to perform manual labor.

Disclaimer: The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contractual rights of any kind. This job description supersedes earlier versions.

I, _____ have reviewed and understand the above job description.  (Print Name)

_____  Date: ___/___/___
Employee Signature

o

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

Hreed**1**

Greenville, MS 38703

Home Phone: (404)

Cell Phone: (404)

Email: *hreedsr.66@gmail.com*

## SUMMARY

Conscientious Truck Driver knowledgeable about DOT safety regulations, rules, and efficient route planning. I have been an accident-free safe driver with a clean MVR with no violations. I am a reliable person capable of completing inspections and maintenance on various equipment, handling cash, adjusting invoices and loading and unloading products up to various pounds.

## SKILLS

1) Strong communicator
2) Knowledgeable speaker
3) Planning ability
4) Former union job steward for Miller's Transporters
5) Former road-tear-up crewmen at the Washington County Road Dept.
6) Up-to-date on DOT regulations

## EXPERIENCE

03/07/2007 to current as Truck Driver

Washington County Board of Supervisors-Payroll- Greenville, MS

1) Hauling various materials for the rebuilding and maintaining of the various roads and bridges in Washington County.
2) Also, I have submitted reports on the condition of the truck at the beginning of each work day to my foreman.



Documentary
Evidence
"C"

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

Hreed2

3) Finally, I have worked as a tear-up-crewmen, where I have learned the rebuilding of roads for repaving. I have worked as a tear-up-crewmen from March 2007 to May 2009.

07/2001 to 07/2006 Truck Driver

Jacobson Companies, Inc. – Des Moines, IA

1) Coordinated daily delivery schedules based on customer schedules peak delivery times along various routes.
2) I also conducted daily DOT pre-trip inspections according to a set checklist given by the DOT (Department of Transportation).
3) Furthermore, I balanced and handled expense accounts for each trip.


06/1995 to 07/2000

Miller Transporters Inc. – Jackson, MS

1) Coordinated daily delivery schedules based on customer schedules peak delivery times throughout the seasonal year along various routes.
2) I also had to conduct daily DOT pre-trip inspections according to a set checklist given by the DOT.


*EDUCATION & TRAINING*

1) 05/1984: High School Diploma- Glen Allan High; Glen Allan, MS
2) 12/2016: Bachelor of Business Administration- Delta State University; Cleveland, MS :
   a) Faulkner Business Scholarship Academic Achievement Award in 2016
   b) The Ada Mitchell Memorial Scholarship Academic Achievement Award in 2015

*ACTIVITIES & HONORS*

1) Also, I have served as a deacon of the official staff at *New Hope First Baptist Church*, since June 2007. And I am the chairman of the Men's Ministry, where I helped with the budget of the church and coordinate

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

Hreed3

various outreach ministries. Lastly, I am a Habitat of Greenville Board
Member.

2) Finally, I am proud of my accomplishment of raising my two children after
the death of my wife with the guidance of the Lord, and the outreach
ministry that the Lord has blessed to carry out; such as: the *Christmas Food
Give-Away.*

**Horace Reed's Interview**

1. Tell me about yourself. 16 years with the Road Dept as of March 07. Worker under Gerald Gordon. There was no favoritism, nepotism, or racism. He had respect for the workers. Went to Glen Allan High and Delta State in 2016. Family man. Wife passed; had to raise 2 kids. 5 years at Miller Transport. Also, a dispatcher. Worked for Bunge.

2. What is your background experience with managing employees? Handled labor relationships between employees and management. Chairmen of the men ministry at church.

3. What would others rate your personality and work ethics during previous employments? Low key, very observant. Had not had any problems with anyone.

4. How would you handle conflict amongst yourself and other employees? Won't let it get to a conflict. You can watch the actions of a person and tell how they are feeling. Find out what the problem is. Listen.

5. Are you able to fulfill all job duties that were set forth in the job advertisement? Can fulfill all duties.

6. What special skills can you offer Washington County if you're chosen as a foreman for the Washington County Road Department? Certified truck driver, but don't know how to operate heavy equipment.

7. How would you ensure the safety of your staff and other employees while in the line of duty? Not putting them in danger.

8. Can you tell me the proper chain of command if a problem arises? Take to Road Manager or Assistant Road Manager. If I can't get them, call the County Administrator.

9. Are you one who reports to work at your scheduled time? Before time.

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

10. Are you one who stays over when asked by the Road Manager or Assistant Road Manager when it is needed? Not all of the time. Stay when it is needed.

11. Are you one who takes the initiative and goes above and beyond to get the job done? Yes

12. How do you think the Road Manager and Assistant Road Manager would describe you as an employee of the Washington County Road Department? As a good worker.

13. Is there anything that you would like to add that would put your candidacy in the best light? Qualified. Has the education and seniority. Degree in business administration.

14. Do you have any questions?

### NOTES FROM INTERVIEW

### Statement from the County Administrator on behalf of the Assistant Road Manager during the Interview:

The interview consisted of the County Administrator, Road Manager, and Assistant Road Manager. The Assistant Road Manager stated that no employee has said anything bad about Horace Reed. The Assistant Road Manager stated that they have problems with him staying over. Also, if they need to get in contact with him, Mr. Reed wants them to call his Road Foreman and have the Road Foreman reach out to him.

### Statement from the County Administrator during the Interview:

Mr. Reed was interviewed on January 18, 2023, at the Washington County Administration Office, along with the Road Manager and the Assistant Road Manager. When asked to tell me a little about yourself, Mr. Reed did not personalize the question regarding himself; instead, he started implying that the Road Manager and Assistant Road Manager shows favoritism, nepotism, and even racism towards the employees. I then stopped Mr. Reed and explained to him that this is not why we are here; we are here to learn about you and why you feel that you are qualified for the Foreman position. He then proceeds to tell me a little about himself, but quickly reverted back to implying what a good boss is supposed to do, while still indicating that the Road Manager and Assistant Road Manager shows favoritism amongst their employees. I then proceeded to the next question.

- While interviewing Mr. Reed, he stated that he is only a certified truck driver and that he did not know how to operate heavy equipment. According to the job description, the applicant must have prior knowledge of the safe operation of various types of heavy-duty equipment and machinery. The safety of all of our employees is our main priority.

- When the Assistant Road Manager made the statement that Mr. Reed doesn't stay over when asked, I asked Mr. Reed if the statement was true, and he stated that he doesn't stay over like he should. told Mr. Reed that as a Foreman, you will be required to stay over, and work late as needed. I told him that he would have to take the initiative and not wait until he is asked to work over but offer himself available when it is needed. He stated that he did not have a problem with that.

- Another concern that I had and addressed with Mr. Reed was the Assistant Road Manager stating that he nor the Road Manager can call his cell phone when they need to reach him. I asked Mr. Reed was this true and he stated that it was indeed true. He stated that he doesn't answer for them and if they need to reach him, they need to call his Road Foreman and his Road Foreman will relay the message to him. I asked him why was that necessary, and he stated that he doesn't want the Road Manager or Assistant Road Manager telling him something to work on and then his Road Foreman telling him something completely different to do. I explained to Mr. Reed that the Road Manager and Assistant Road Manager are his Road Foreman's supervisor and whatever they tell him to do go above what is being told by the Road Foreman. I told him that it is the responsibility of the Road Manager, Assistant Road Manager, and the Road Foreman to communicate.

- Although Mr. Reed has been here the longest out of all the applicants and only 7 months longer than the applicant that was chosen as the new Road Foreman, seniority is not the only factor in determining who is best qualified for the position.

WASHINGTON COUNTY BOARD OF SUPERVISORS

APPLICATION FOR IN-HOUSE EMPLOYMENT

DATE: 01/16/23

Application for position of: _____

Name: Andra L. Smith _____ Social Security # _____

Present Address: _____

City, State, Zip Greenville, MS 38701 _____

Condition of Health: Good _____

Marital Status: Single _____ Married _____ Divorced ✓ Other _____

In Case of Accident, notify: _____

Have you ever been bonded? No ___ If yes, where: _____

Have you ever been rejected by a bonding company? No ___ If yes, give details:

_____

EDUCATION

Name of High School: Rolling Fork High School

Address: 106 Atheltic Drive Rolling Fork, MS 39159

Graduate: Yes ✓ No _____, If no, highest grade completed _____

Equipment you have training to operate:
Paint Truck, Tractor & Bush hog, Ford F-250 Trash Truck with Trailer

WORK HISTORY

COMPANY 1: Washington County Road Dept.

ADDRESS: 3114 County Shop Rd. Greenville, MS 38703

EMPLOYED FROM: May, 2021 to present

JOB DUTIES: Laborer

REASON FOR LEAVING: Currently employed

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

COMPANY 2: _Mississippi Department of Corrections._

ADDRESS: _3390 N. Liberty St. Canton, MS 39046_

EMPLOYED FROM: _Sept. 2006 to Jun. 2015_

JOB DUTIES: _Probation & Parole; Supervised inmates released from prison._

REASON FOR LEAVING: _Resigned_

COMPANY 3: _Claiborne County Sheriffs Department."_

ADDRESS: _410 Market st. Port Gibson, MS 39150_

EMPLOYED FROM: _May 1998 to June 2001_

JOB DUTIES: _Protect and Serve the citizens of Claiborne County._

REASON FOR LEAVING: _Resigned._

## 3 Year Plan For Grass Cutting & Maintenance

### Grass Cutting

**Start Of Grass Cutting**

1. Season: Feb.-Nov.
2. During the hours of 7a.m.-5p.m., Mon-Thurs all available tractors will cut the areas that are most heavily populated and traveled. These roads will be considered top priority roads, which will be cut first and maintained on a regular basis

### END OF GRASS CUTTING:

1. Season: Nov.-Jan.
2. All tractor drivers will continue their maintenance by using saws to cut down tree branches, cutting away debris that may cause vision impairments and or accidents around curves. Bridges, etc. that may grow excessive during the spring.

### MAINTENANCE OF EQUIPMENT:

THE EQUIPMENT (TRACTORS/BUSH HOGS) will be serviced every year after grass cutting season is over.

This includes as follows:

1. Oil change
2. Hydraulic Lines (replaced if needed)
3. Drive Shafts (Replaced if needed)
4. Radiator check
5. All lights made operational including hazard/caution lights on Bush Hogs

All other equipment pertaining to the Tractors and Bush Hogs will be checked, changed, and or serviced.

### CONCLUSION:

This will ensure that once the season starts there will be NO DELAYS in cutting when it comes to the equipment or the tractors. It will also provide me with a ledger of the expenses that are being spent on equipment that should be put out

of service and replaced with better equipment. This will ensure that this portion of Washington County Road Department does not fall behind or spend needlessly on inoperable equipment.

## 2 YEAR PLAN FOR POT HOLES

*Dura Patch Truck*

   *A. County Roads will be checked/surveyed by me on a daily basis. Roads that need to be patched will be documented and passed on to the driver of the patch truck every Monday morning.*

*This will allow the employer a detailed direction in which to take on a weekly basis, as well as documenting which roads have been patched, and cover any false allegation of damage to residents vehicles.*

   *B. Unpatched Roads*

*Roads that have been surveyed and determined too damaged to patch will be documented and passed on to the foreman over the roads to be assessed and repaired.*

   *C. CONCLUSION*

*My plan will promote safer roads, and fewer calls concerning pot holes. It will also cut down on the number of claims filed by citizens due to damage to their vehicles. This plan will help with road repair in a more timely manner.*

**Andra Smith's Interview**

1. Tell me about yourself. Anguilla, MS-Rolling Fork, Alcorn State University. 4 children-lawyers and doctors. Has supervision experience.

2. What is your background experience with managing employees? Law Enforcement Officer for 10 years. Was in charge of 10 to 15 men. Was also a sales manager.

3. What would others rate your personality and work ethics during previous employments? Hard work ethics. Diligent in what he does. Good attitude with employees.

4. How would you handle conflict amongst yourself and other employees? Assess the situation, then come up with a resolution. If that doesn't work, go to the supervisor.

5. Are you able to fulfill all job duties that were set forth in the job advertisement? Yes

6. What special skills can you offer Washington County if you're chosen as a foreman for the Washington County Road Department? Communication, can resolve problems, ability to listen to employees and find out their concerns.

7. How would you ensure the safety of your staff and other employees while in the line of duty?.

8. Can you tell me the proper chain of command if a problem arises?

9. Are you one who reports to work at your scheduled time? Yes

10. Are you one who stays over when asked by the Road Manager or Assistant Road Manager when it is needed? Not all of the time. Stay when it is needed.

11. Are you one who takes the initiative and goes above and beyond to get the job done? Yes

12. How do you think the Road Manager and Assistant Road Manager would describe you as an employee of the Washington County Road Department? Hard worker, do what is asked, and address issues.

13. Is there anything that you would like to add that would put your candidacy in the best light? If given the opportunity, he would bring the morale up with the employees

14. Do you have any questions? No ma'am.

## NOTES FROM THE INTERVIEW

### From County Administrator on behalf of the Road Manager

The Assistant Road Manager likes the way Andra carries himself. He takes the initiative. Only concern is that he had not been here long enough to know everything about being a Road Foreman.

### From County Administrator on behalf of the Assistant Road Manager

Really good worker. Only concern is that he only knows how to operate a tractor that cuts grass.

### From County Administrator

Mr. Smith interviewed really well. Mr. Smith took the initiative and compiled a 3 Year Plan for Grass Cutting and Maintenance for the Washington County Road Dept. My only concern is that he has only been working for The Washington County Road Dept for 1 year and 8 months and only knows how to cut grass. He does not know how to operate heavy equipment in which the job description entails.

# Gregory Duncan
Heavy Machine Operator/General Laborer

## Contact Information

Gregodun74@gmail.com
(662) 537-

## Work Experience

**Washington County Board of Supervisors/Road Department**
**Heavy Equipment Operator**
05.2017 - present
Responsible for operation of road repair equipment. Maintenance of roadways which includes but, not limited to cutting grass, clearing of trash and other debris, and training
New employee to operate equipment, lay materials to repair roadways and other
Duties as needed.

**Prairie Farms milk**
11.2015 - 06.2016
Contractor- Responsible for delivery of dairy products and rotation in store.

**GNS Frac, Mobile, Al**
**Heavy Machine Operator/Material loader**
07.2014 -06-2015
Load/unload required product on trucks as they arrive through the use of a frontend loader.
Keep immediate work area clean and organized through use of a forklift or frontend loader.

**Imperial Security, Memphis, TN**
**Security Officer**
12.2013-06.2014
Secured the premises of local rice mill by recording the entering and existing of employees, truck drivers and delivery persons through the course of a 12-hour shift.

**Gavilon, Greenville, MS**
**Heavy Machine Operator**
02.2007 – 08.2012
Loaded/unloaded incoming transport trucks with company product through the use of a frontend loading vehicle. Material/stock mover and handler.

**SF Services, Greenville, MS**
**Heavy Machine Operator**
04.2002 – 02.2007
Loaded/unloaded incoming transport trucks with company product through the use of a frontend loading vehicle. Material/stock mover and handler.

## Education

**Riverside High, Riverside, MS**
General studies in preparation for completion of High school diploma
GED obtained outside of high school

## References

Available on request.

**Gregory Duncan's Interview**

1. Tell me about yourself. Been with Road Dept for about 6 years. Hei s a hard worker. Worked at a sand company and fertilizing company. He loaded trucks. Knows how to run a bobcat, worked at a rice plant, and did landscaping work.

2. What is your background experience with managing employees? Don't have much. Good people person. Know how to talk to people.

3. What would others rate your personality and work ethics during previous employments? Top of the line work ethics. Kind of firm and will not let anyone run over him.

4. How would you handle conflict amongst yourself and other employees? Try to walk away and leave it alone and if it continues, will contact supervisor.

5. Are you able to fulfill all job duties that were set forth in the job advertisement? Yes. Can operate Bobcat, Paint truck, chip spreader, cover blower, front end loader, hot mix machine tractors.

6. What special skills can you offer Washington County if you're chosen as a foreman for the Washington County Road Department?

7. How would you ensure the safety of your staff and other employees while in the line of duty? Look out for everyone. Make sure they are using all safety equipment necessary to the job.

8. Can you tell me the proper chain of command if a problem arises? Supervisor, Assistant Road Manager, and then Road Manager.

9. Are you one who reports to work at your scheduled time? Yes

10. Are you one who stays over when asked by the Road Manager or Assistant Road Manager when it is needed? Yes

11. Are you one who takes the initiative and goes above and beyond to get the job done? Yes

12. How do you think the Road Manager and Assistant Road Manager would describe you as an employee of the Washington County Road Department? Hard Worker

13. Is there anything that you would like to add that would put your candidacy in the best light? Will go above and beyond to get the job done. Hard worker. Had front end loader license on previous jobs. Wille be able to train employees and have trained them.

14. Do you have any questions? No not really

## NOTES FROM INTERVIEW

### Statement from the County Administrator on behalf of the Assistant Road Manager during the Interview:

Outstanding employee. He goes above and beyond. Always want to work and finish the job.

### Statement from the County Administrator during the Interview:

Did not interview well. Slouched in the chair and didn't speak when he walked in. I could barely hear him during the interview. Not much of a people person. Would rather not deal with conflict amongst the workers. He would not address the problem right away and come to a resolution. I did like the fact that he is a very hard worker and is always willing to get the job done.

# JAMES ALLEN "JAMIE" TERRY

ADDRESS:

Greenville, Mississippi 38701

BORN: Greenville, Mississippi - life-long resident

BIRTHDAY:

EDUCATION: O'Bannon High School 1969-1979
Completed Ninth Grade

PREVIOUS EMPLOYER:

1) F.W. Burdine Construction 1979-1985
Heavy equipment operator

2) City of Greenville 1985-1990
Heavy equipment operator

3) 3M Construction Company 1990-1994
Heavy equipment operator

4) Washington County Road Department 2007-Present
Heavy equipment operator

MARITAL STATUS: Married     40 years

HOBBIES: Raising     working side jobs, and fishing.

JOB ATTRIBUTES:

Very skilled heavy equipment operator determined to do a job correctly and efficiently. Generally, when not spending time with family, Jamie is working for the Washington County Road Department. Working for other major contractors, or just cutting firewood for home, family, or friends to help stay busy and help friends.
Very project oriented, very dedicated worker, very skilled worker with all heavy equipment.

REASON FOR SEEKING TO MOVE UP WITH WASHINGTON COUNTY:

To use job skills developed for over 49 years along with project planning, and building skills along with attitude and work ethic to build the best job possible at the best cost possible in the shortest time possible, and to better serve the public.

Washington County Board of Supervisors

I understand my brother, James Terry, has applied for a position as road Foreman. James, is truly gifted as a heavy equipment operator, as I'm sure you are aware of.

By speaking with him daily I believe he has become very knowledgeable in road building and the maintaining of roads.

I am truly proud of the man he has become in the last few years. He works hard, and has many well known people that believe in him. When people like Mark Hooker, Hank Burdine and many others that believe in you, you must know what you are doing, and have a work ethic that is truly special.

He is liked by everyone. And has become a man you can truly count on. He pays his bills, and takes care of his family.

I believe he could easily be a leader of men.

I thank you all,…And I pray God will guide you in your decision.

Rev. Frank Terry
Pastor; Gamari Rd
Baptist Church

**Wilkerson's Trucking, Inc.**
P.O. Box 5275
Greenville, Ms 38704
(662)335-0346

November 29, 2022

Washington County Board of Supervisors
Greenville, Ms

To whom it may concern:

I am writing this letter of recommendation for James Terry for Road Foreman.

James has been a part time employee of Wilkerson's Trucking, Inc. for the past 10 years. His main job duties include the operation of heavy equipment. I believe he would be a good candidate for this job because he has always been a dependable person who is always willing to work. He is efficient with his time and is never late to a job site. He works well with other employees and is capable delegating the task that need to be completed.

Please let me know if any additional information is needed.

Lonnie Wilkerson Jr.

To Whom It May Concern,

I highly recommend James Terry as road foreman for Washington County. He first worked for me while I was the City of Greenville Street Superintendent. He was the best operator I have ever worked with on motor graders, dozers, back hoes, and other large equipment. He is a Number 1 finish operator on all of the equipment mentioned. He takes direction from supervisory leaders well, develops a good plan of action, and works well with others to carry out any project assigned to him.

After I retired from the City of Greenville, James went to work for a large construction company in Little Rock, Arkansas. He excelled in that job, and stayed there until I came out of retirement to become the Washington County Road Manager. I was able to get Jamie to come back to work for Washington County. Since that time, Jamie has excelled at his operating skills, been a devoted employee, and learned to work well with others, take direction well, and carry out any project successfully.

Based on my knowledge of the means and methods of all types of construction projects, Jamie is, in my opinion, the most overall qualified applicant anyone could ask for to be a Washington County Road Foreman. I recommend him without reservation.

Sincerely,

Gerald Jordan

Past Washington County Road Manager
Past City of Greenville Street Department Manager
Past APAC Delta Branch Manager

12-14-2022

Washing County Board of Supervisors

Washington County Courthouse

Greenville, Mississippi 38731

To whom it may concern,

I am writing this letter in sincere recommendation for Jamie Terry for the position of Washington County Road Foreman. I have known Jamie most of his life in construction related fields. Jamie, his dad John Terry and uncles were all devoted employees of Burdine and Burdine&Ross Construction Companies. Jamie is extremely knowledgeable in construction techniques, construction processes, different soil types and management skills. He is well rounded in all the different types of equipment, the operations of and the maintenance required to maintain a fleet of heavy equipment. I can think of no one more suitable for the position of Washington County Road Foreman than Jamie Terry.

Sincerely'

Hank Burdine

F. W. "Hank" Burdine

Burdine Construction Company

P.O. Box 151

Chatham, Mississippi



**HOOKER**
ENGINEERING
services, incorporated

December 14, 2022

To Whom It May Concern,

I am writing this letter today to whole-heartedly recommend James Allen "Jamie" Terry for the position of Washington County Road Foreman. I am not aware of a better qualified person for the position.

I have known Jamie since he was old enough to work with his dad, Mr. John Terry, during his years as the main dozer, motor grader, and dragline operator for Burdine and Ross Construction Company in 1971. I was an Engineer for the Mississippi Department of Transportation and was impressed that such a young man would follow his father around, and ride on the heavy equipment learning "the trade" from, most likely, the best in the industry, in my opinion. After school, Jamie would work with other crews in road work, drainage work, and heavy earthwork. He was always inquisitive and not afraid to work, or try something different, and quickly determine the best way.

I have worked around Jamie on numerous occasions and differing positions and always found him to be reliable, responsible, well trained, and very productive on any job he was assigned to do. Jamie can get along with others, show other employees how to accomplish a task in the best way, and delegate responsibility very well. He will do everything in his power to do a good job, and knows when to ask for guidance.

I have been an Engineer for MDOT, the Washington County Board of Supervisors, the Sharkey County Board of Supervisors, the Issaquena County Board of Supervisors, numerous cities, towns, and other State and Federal Agency Projects since 1971. I do not know an operator better than Jamie Terry, nor a more qualified applicant for the job. He has my unequivocal recommendation for this position.

Please let me know if I can do anything to answer any questions, or provide any more information to Washington County to aid in selecting this good man.

Sincerely,

Marcus E. Hooker, Sr., P.E., P.L.S.

MEH/aro

Hooker Engineering Services, Inc. | P.O. Box 368 | 1000 Washington Avenue | Greenville, Mississippi 38702

**James Terry's Interview**

1. Tell me about yourself. Nothing but work. Likes to go fishing. Has one child. Been with the Road Dept for 15 years. Can operate any equipment.

2. What is your background experience with managing employees? Been building roads his whole life. Get along with everyone. Don't have much experience managing but has never had an issue getting along with anyone.

3. What would others rate your personality and work ethics during previous employments? Everyone loves him and likes the way he works.

4. How would you handle conflict amongst yourself and other employees? Try not to let it get to conflict, but if it does, listen to everyone and come with a resolution.

5. Are you able to fulfill all job duties that were set forth in the job advertisement? Yes. I have built the entire sports complex. Will operate all machinery to do the job with no help. Can save the county a lot of money.

6. What special skills can you offer Washington County if you're chosen as a foreman for the Washington County Road Department? 40 years with operating heavy equipment. Built all the roads near Delta State University. Know how to operate everything at the Road Department and can train all employees.

7. How would you ensure the safety of your staff and other employees while in the line of duty? Look out for everyone. Safety gear, properly trained, and make sure employees are comfortable.

8. Can you tell me the proper chain of command if a problem arises? Try to solve the problem. If he can't, contact the Assistant Road Manager and then the Road Manager.

9. Are you one who reports to work at your scheduled time? Yes

10. Are you one who stays over when asked by the Road Manager or Assistant Road Manager when it is needed? Yes, always stay over. Have never turned them down. Worked in ice storms, floods, and tornados operating heavy equipment.

11. Are you one who takes the initiative and goes above and beyond to get the job done? Yes, always stays over and finishes the job.

12. How do you think the Road Manager and Assistant Road Manager would describe you as an employee of the Washington County Road Department? One of the best workers, if not the best worker they have.

13. Is there anything that you would like to add that would put your candidacy in the best light? Has done roads for Burdine Construction, built parking lots, built the foundation for Chic fil A. Works for Wilkerson on the side. Capable of getting the job done.

14. Do you have any questions? When can I get my shirt?

## NOTES FROM INTERVIEW

### Statement from the County Administrator on behalf of the Assistant Road Manager and Road Manager during the Interview:

Highly recommend. Said that he can help get the county where it needs to be, especially with all the roads and bridges.

### Statement from the County Administrator during the Interview:

Interviewed very well. Has a sense of humor. Seems like a likable person. I asked Mr. Terry what equipment he can operate with the Road Dept and his answer was: Road Grader, Trackhoe, Backhoe, paving machine, chip spreader, front end loader, tractor, bobcat, can drive a truck, reclaimer steel wheel roller, vibratory roller, rubber tire roller, street sweeper. He can run everything we have. He went on to mention that while on a job where other employees are not skilled at operating equipment, he will do the job alone and hop on and off different equipment to finish the job.

I explained to him that my only concern is that he has minimum experience with managing employees. He stated that he has no issues with people and that tells a lot about him being able to lead people. The only management I have is training people on heavy equipment and I think I do a pretty good job at that.

**Deionta Winder's Interview**

1. Tell me about yourself. 27 years old. From Metcalfe.

2. What is your background experience with managing employees? Lead guy at Staple Cotton driving a forklift. Runs a crew for Williams Lawn Service.

3. What would others rate your personality and work ethics during previous employments? 100% easy to get along with.

4. How would you handle conflict amongst yourself and other employees? Get the people together and resolve the issue.

5. Are you able to fulfill all job duties that were set forth in the job advertisement? Yes

6. What special skills can you offer Washington County if you're chosen as a foreman for the Washington County Road Department? Work ability, will get on any piece of equipment if need be.

7. How would you ensure the safety of your staff and other employees while in the line of duty? Make sure its safe and that they are comfortable.

8. Can you tell me the proper chain of command if a problem arises? Get with Assistant Road Manager, then Road Manager, and then higher authority.

9. Are you one who reports to work at your scheduled time? Always on time.

10. Are you one who stays over when asked by the Road Manager or Assistant Road Manager when it is needed? Anytime they ask.

11. Are you one who takes the initiative and goes above and beyond to get the job done?

12. How do you think the Road Manager and Assistant Road Manager would describe you as an employee of the Washington County Road Department? Hard working, take the initiative, no complaints.

13. Is there anything that you would like to add that would put your candidacy in the best light? No

14. Do you have any questions? No questions.

## NOTES FROM INTERVIEW

**Statement from the County Administrator on behalf of the Assistant Road Manager during the Interview:**

Always finishes a job. Will stay over and complete a job.

**Statement from the County Administrator on behalf of the Road Manager**

Everything they put him on, he operates it with no problem. Jamie Terry taught him how to operate a lot of the equipment.

**Statement from the County Administrator during the Interview:**

No statement from County Administrator.

PERSONNEL ACTION REPORT

DATE _1-7-09_

DEPARTMENT _Road Dept_

FOREMAN _Carson Jordan_

EMPLOYEE NAME _Horace Reed_

SOCIAL SECURITY NUMBER _____

COMMENTS _Effective 12-31-08 increase hourly rate to #9⁵⁴_

SUBMITTED BY _____

Documentary
Evidence
"D"

| Date Employed | Employer | ☐ Vision ☐ Health ☐ Dental |
| 3/5/07 | WCBS | Horace |
| Reed | | |
| | | |

#1230

4-13-07
4-27-07
5-11-07
5-25-07

Reed, Horace
184.00          487.54
184.00          303.54
184.00          119.54
119.54          ~~119.54~~

PERSONNEL ACTION REPORT

DATE _6-16-07_

DEPARTMENT _RoAD_

FOREMAN _Sylvester   RaTcliff_

EMPLOYEE NAME _HoRace   ReeD_

SOCIAL SECURITY NUMBER

COMMENTS _Adjust  PAy    5⁰⁵ - 9.80_

SUBMITTED BY _____

---

PERSONNEL ACTION REPORT

DATE _May 3 2011_

DEPARTMENT _(Truck Driver) Road Dept_

FOREMAN _Sylvester Ratcliff_

EMPLOYEE NAME _Horace ReeD Sr._

SOCIAL SECURITY NUMBER

COMMENTS _Increase Wage Rate to  $10.00_

SUBMITTED BY _Arthur_

EXHIBIT B DEPOSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

PERSONNEL MASTER FILE MAINTENANCE

| | |
|---|---|
| PERSONNEL NUMBER | EFFECTIVE DATE OF INFORMATION 3 / 5 / 07 |
| NAME (LAST) Reed (FIRST) Horace (MIDDLE) | |
| ADDRESS | SEX M RACE B D.O.B. |
| CITY & STATE Greenville, MS | MARITAL STATUS widow AGE 40 |
| S. S. PHONE 378- | MILITARY SERVICE N/A |
| DRIVERS LIC. | EXPIRATION DATE 12 / 09 / 07 |
| JOB TITLE Truck Driver DEPARTMENT Road Dept | DATE HIRED 3 / 5 / 07 |
| EMPLOYEE NUMBER 00003 | PROMOTED / / |
| SPOUSE | YR BORN AGE S.S.# / / |
| CHILDREN | |
| | YR BORN AGE |
| | YR BORN AGE |
| | YR BORN AGE |

| SPOUSE EMPLOYER | EMERGENCY NOTIFICATION |
|---|---|
| NAME | NAME M Reed |
| ADDRESS | ADDRESS |
| | CITY/ST Greenville, MS |
| PHONE | RELATION Brother |
| INSURANCE | PHONE |
| | DOCTOR |

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

59

I, _Horace Reed_____, hereby state that I have received a copy of the Washington County Personnel Policy and Procedure Manual, and that I understand the manual was approved by the Board of Supervisors on August 20, 2001, and made effective October 1, 2001.

Date: _3/5/07_____   Signature: _Horace Reed_____

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last *Reed* | First *Dorrace* | Middle Initial | Maiden Name |
| Address (Street Name and Number) | | Apt. # | Date of Birth |
| City *Greenville* | State *MS* | Zip Code *38703* | Social Security # |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☑ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien #) A _____
☐ An alien authorized to work until _____
(Alien # or Admission #)

| Employee's Signature | Date (month/day/year) *March 5 2007* |

**Preparer and/or Translator Certification.** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

| Preparer's/Translator's Signature | Print Name |
| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
| Document title: *Drivers License* | | *Social Security Card* | | |
| Issuing authority: _____ | | | | |
| Document #: _____ | | | | |
| Expiration Date (if any): _____ | | | | |
| Document #: _____ | | | | |
| Expiration Date (if any): _____ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on *(month/day/year)* _____ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: _____ | Document #: _____ | Expiration Date (if any): _____ |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |

NOTE: This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

Form I-9 (Rev. 05/31/05)Y Page 2

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

PERS Form 1

# ENROLLMENT FORM

Retirement Plan (Check one)     ☑ PERS   ☐ MHSPRS   ☐ SLRP       FOR PERS USE ONLY

Instructions: Please print or type in black ink. See reverse side for filing instructions and other additional information. Mail original to PERS.

## MEMBER INFORMATION

SOCIAL SECURITY NUMBER

You must submit a copy of your Social Security card/Tax ID number

| CURRENT NAME FIRST | MI | LAST |
|---|---|---|
| Horace | | Reed |

| PREVIOUS NAME FIRST | MI | LAST |
|---|---|---|
| (IF APPLICABLE) | | |

ADDRESS

HOME TELEPHONE NO ( ) 662 3783

ADDRESS

BUSINESS TELEPHONE NO ( )

ADDRESS

ARE YOU A U.S. CITIZEN? ☑ YES ☐ NO     TYPE OF VISA

| CITY | STATE | ZIP | SEX |
|---|---|---|---|
| Greenville | MS | 38703 | ☑ MALE ☐ FEMALE |

DATE OF BIRTH (mm/dd/ccyy)

CITY OF BIRTH Millersville

STATE/COUNTRY OF BIRTH MS

Are You Currently Receiving Benefits From Any Mississippi PERS Administered System?    ☐ YES    ☑ NO

## FAMILY INFORMATION

Please use additional Enrollment Form(s) if more than 4 dependent children. (This information is required to determine statutory benefits. Note, however, the designation of a beneficiary is on a separate form.) See back of this form for definition of a dependent child.

CURRENT MARITAL STATUS (Check one) add effective date of change mm/dd/ccyy

☐ SINGLE    ☐ MARRIED / /    ☐ DIVORCED / /    ☑ WIDOWED 05/12/06

| SPOUSE'S NAME | SEX (M/F) | SSN | DATE OF BIRTH (mm/dd/ccyy) |
|---|---|---|---|
| DEP | | | |
| | | | |
| | | | |
| | | | |

## PREVIOUS MEMBERSHIP INFORMATION (To be completed by member)

HAVE YOU EVER SERVED ON ACTIVE DUTY IN THE ARMED FORCES OF THE UNITED STATES?    ☐ YES   ☑ NO
(If yes, please submit Form(s) DD214.)

HAVE YOU PREVIOUSLY SERVED AS AN ELECTED OFFICIAL IN A POSITION COVERED BY PERS?   ☐ YES   ☑ NO
If yes, give dates, previous employer(s) and elected position(s) held:

| DATE OF FIRST MEMBERSHIP (mm/dd/ccyy) 3/15/2007 | NAME OF PREVIOUS EMPLOYER WITH WHOM YOU WERE A MEMBER |
|---|---|
| DATE FIRST MEMBERSHIP TERMINATED (mm/dd/ccyy) / / | DATE(S) OF REFUND(S) (IF APPLICABLE mm/dd/ccyy) |

## MEMBER CERTIFICATION

| SIGNATURE OF MEMBER | DATE OF SIGNATURE (mm/dd/ccyy) 3/5/07 |
|---|---|

## CURRENT EMPLOYMENT INFORMATION (To be completed by employer)

| DATE EMPLOYED (mm/dd/ccyy) 3-5-07 | NAME OF EMPLOYER Washington County |
|---|---|
| CURRENT POSITION OR TITLE Road Maintenance | POSITION ELECTED? (Check one) ☐ YES ☑ NO | IDENTIFICATION NO 9055-0000 |

## EMPLOYER CERTIFICATION

I HEREBY CERTIFY THAT EMPLOYMENT IN THIS POSITION MEETS THE ELIGIBILITY REQUIREMENTS OF REGULATION #36. (See reverse side)

| AUTHORIZED SIGNATURE | DATE OF SIGNATURE (mm/dd/ccyy) 3/5/07 |
|---|---|
| TITLE Payroll Clerk | TELEPHONE NO (662) 334-2665 |

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI ♦ 429 Mississippi Street ♦ Jackson, Mississippi 39201-1005
1-800-444-7377 ♦ (601) 359-3589 ♦ FAX: (601) 359-5262 ♦ WWW.PERS.STATE.MS.US      FORM I REV 03/05 X

## Washington County Evaluation Review

Name: Horace Reed

Position: Truck Driver

Review Period: Oct. 1 – Dec. 31, 07

Review Comments:   I rated work performance on the following standards for this employee.  The standards are rated on a 25 point system with 25 being the highest.

On Time, Vacation and Sick:                                  20

Quality of Work, Comebacks, Cost Prevention:           22

Time to Complete Work:                                       21

Attitude, Cooperation:                                         22

Evaluation Rating:                                            85

Supervisor's Comments: _____

_____

_____

_____

Employee's Comments: _____

_____

_____

This is to acknowledge that in planning for my job performance review, my supervisor and I have discussed my official job description and work standards/expectations and any documented changes in work standards/expectations for this review period.

_____              Feb 1, 2008
Employee's Signature                                    Date

_____              1-31-08
Supervisor's Signature                                  Date

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

Washington County Evaluation Review

Name: _Horace Reed_

Position: _Mack dump truck driver._

Review Period: _3-1-2013 — 6-30-2013_

Review Comments: I rated work performance on the following standards for this employee. The standards are rated on a 25 point system with 25 being the highest.

On Time, Vacation and Sick: _18_

Quality of Work, Comebacks, Cost Prevention: _25_

Time to Complete Work: _25_

Attitude, Cooperation: _25_

Evaluation Rating: _93_

Supervisor's Comments: _Very good truck driver._

Employee's Comments: ____

This is to acknowledge that in planning for my job performance review, my supervisor and I have discussed my official job description and work standards/expectations and any documented changes in work standards/expectations for this review period.

_Horace Reed_
Employee's Signature

_7-9-13_
Date

_Sylvester Ratliff_
Supervisor's Signature

_7-9-13_
Date

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

## ACKNOWLEDGMENT OF RECEIPT
## OF PERSONNEL MANUAL

I acknowledge receipt of a copy of the Washington County, Mississippi Personnel Manual (effective as of June 1, 2011) approved and adopted by the Board of Supervisors of Washington County, Mississippi on April 18, 2011.

I agree to read the Personnel Manual and to observe the rules and policies contained in it. I further agree to retain my copy of the Personnel Manual while I am employed by Washington County.

I further acknowledge and agree that the standards and policies contained in the Personnel Manual are subject to being modified or amended by the Board of Supervisors of Washington County, Mississippi at any time without notice at the discretion of the Board of Supervisors or to conform to changes in Federal or State law.

_(Signature of Employee)_

_(Print Name)_

Date: _June 23, 2011_

_____ County
Road Department

PERSONNEL REPORT

Employee ___ Horace Reed. ___

Position ___ Truck Driver ___

Date of Report ___ 3-5-07 ___

NEW EMPLOYEE:  Date Employed  3-5-07           Rate $8.50

Address _____

Phone No. ___ 378- ___        S. S. No. _____

Starting Time _____        Stopping Time _____

PERSONAL INJURY:  Date of Accident _____

First day absent _____        Date Returned _____

SALARY CHANGE:  Date Effective _____

Change from $ _____ per _____ to $ _____ per _____

Reason _____

POSITION CHANGE:  Date Effective _____

From _____        To _____

RELEASED:  Date Effective _____

Reason _____

Termination Allowance _____

RESIGNED:  Date Effective _____

Reason _____

LEAVE OF ABSENCE:  Date Effective _____

Date of Return _____

Reason _____

OTHER INSTRUCTIONS _____

Approvals _Sylvester Ratliff_
SAO Form RD-5 (Oct., 1989)

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

## Disciplinary Action Form

Memo To:  Personnel File, _Horace Reed_
Employee's Name

From:  _Sylvester Ratliff_
Supervisor's Name

Date:  _9-9-2014_

This memo will serve as a:

_✓_ Written copy of a verbal warning given to you.
_____ Written warning to you.
_____ Notice of a one day suspension given to you, to be taken on_____.
You will report back to work on_____.
_____ Notice of a three day suspension given to you, to be taken_____.
You will report back to work on_____.
Failure to report to work on _____ may result in your termination.

This action is being taken concerning you violation of the following:

_____ Being tardy without authorization (7 minutes or less).
_____ Being tardy without authorization (8 minutes or more).
Employee will be docked in fifteen minute increments.
_____ Being absent without authorization.
_✓_ Wasting time, loitering or leaving place of work during working hours without permission.
_____ Violating a safety rule or safety practice.
_____ Carelessness affecting personal safety.
_____ Failure to observe traffic regulations while operating county vehicles.  Also includes accidents/misuse/abuse of county vehicles, equipment, materials, and hand tools. All above incidents can require a county employee to submit to a drug test at the time of the incident by the Personnel Director.  Any employee that refuses to take the drug test at the time of the incident will be terminated.
_____ Threatening, intimidating, coercing, or interfering with fellow employees.
_____ Knowingly punching another employee's time card; having one's time card punched by another; altering time card for any reason whatsoever.

Remarks: _Failure to follow orders. / Refuse to_
_Walked off the Job. / Drive a truck_
_Last Warning. / that Donot_
_operate Properly_
_Reell._

_Sylvester Ratliff_
Supervisor's Signature

_Horace Reed_
Employee's Signature

_Dale Lun_
Witness

TRANSMISSION VERIFICATION REPORT

```
TIME   :  08/07/2019 11:34AM
NAME   :
FAX    :
TEL    :
SER.#  :  U64221A6N144073
```

```
DATE,TIME           08/07  11:33AM
FAX NO./NAME        6016058171
DURATION            00:01:02
PAGE(S)             01
RESULT              OK
MODE                STANDARD
```

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)



BOARD OF SUPERVISORS
WASHINGTON COUNTY
COURTHOUSE
GREENVILLE, MISSISSIPPI 38701

CARL McGEE
PRESIDENT
3RD DISTRICT
1047 SISSON DRIVE
GREENVILLE, MS
LEE GORDON
VICE PRESIDENT
1ST DISTRICT
P.O. BOX 14
AVON, MS
OMMY L. BENSON, III
2ND DISTRICT
327 FAVA DRIVE
GREENVILLE, MS
ESSE AMOS
4TH DISTRICT
302 SCHOOL PARK DRIVE
LELAND, MS
ERRY REDMOND, SR.
5TH DISTRICT
1461 TRIBBETT ROAD
HOLLANDALE, MS
IARILYN HANSELL
CLERK
ICKI UPPAL
ADMINISTRATOR
AMPBELL DELONG LLP
ATTORNEY
ARCUS E. HOOKER, SR.
COUNTY ENGINEER

March 5, 2017

Mr. Horace Reed
Washington County Administration
Greenville, MS

Dear Reed:
On behalf of the Washington County Board of Supervisors, I am
pleased to inform you that you will receive an additional 1%
increase as a longevity incentive.

Along with the citizens of Washington County, the Board is
fortunate to have employees such as yourself who will stay on their
job for the length of time you have to help improve our County.

Again, I want to congratulate you for over 10 years of dedicated
service to Washington County, MS and we look forward to your
future years of employment.

Sincerely,

Carl McGee, President
Washington County Board of Supervisors

CM/cc

PERS Form 1

## ENROLLMENT FORM

Retirement Plan (Check one) ☑ PERS ☐ MHSPRS ☐ SLRP | FOR PERS USE ONLY

Instructions: Please print or type in black ink. See reverse side for filing instructions and other additional information. Mail original to PERS.

### MEMBER INFORMATION

SOCIAL SECURITY NR (DED) | You must submit a copy of your Social Security card/Tax ID number

CURRENT NAME FIRST _James_ | MI _R_ | LAST _Terry_

PREVIOUS NAME FIRST | MI | LAST
(IF APPLICABLE)

ADDRESS | HOME TELEPHONE NO _662, 335-_

ADDRESS | BUSINESS TELEPHONE NO _(662) 820-_

ADDRESS | ARE YOU A U.S. CITIZEN? ☑ YES ☐ NO | TYPE OF VISA

CITY _Greenville_ | STATE _Ms_ | ZIP _38701_ | SEX ☑ MALE ☐ FEMALE

DATE OF BIRTH (mm/dd/ccyy) | CITY OF BIRTH _Greenville_ | _Ms_ _Washington_ | STATE/COUNTRY OF BIRTH _Ms USA_

Are You Currently Receiving Benefits From Any Mississippi PERS Administered System? ☐ YES ☑ NO

### FAMILY INFORMATION

Please use additional Enrollment Form(s) if more than 4 dependent children. (This information is required to determine statutory benefits. Note, however, the designation of a beneficiary on a separate form.) See back of this form for definition of a dependent child.

CURRENT MARITAL STATUS (Check one) add effective date of change mm/dd/ccyy

☑ SINGLE ☐ MARRIED / / ☐ DIVORCED / / ☐ WIDOWED / /

| SPOUSE'S NAME | SEX (M/F) | SSN | DATE OF BIRTH (mm/dd/ccyy) |
|---|---|---|---|
| DEPENDENT CHILDREN'S NAME(S) | SEX (M/F) | SSN | DATE OF BIRTH (mm/dd/ccyy) |
| | | | |
| | | | |
| | | | |
| | | | |

### PREVIOUS MEMBERSHIP INFORMATION (To be completed by member)

HAVE YOU EVER SERVED ON ACTIVE DUTY IN THE ARMED FORCES OF THE UNITED STATES? ☐ YES ☑ NO
(If yes, please submit Form(s) DD214.)

HAVE YOU PREVIOUSLY SERVED AS AN ELECTED OFFICIAL IN A POSITION COVERED BY PERS? ☐ YES ☑ NO
If yes, give dates, previous employer(s) and elected position(s) held:

DATE OF FIRST MEMBERSHIP (mm/dd/ccyy) _1996_ | NAME OF PREVIOUS EMPLOYER WITH WHOM YOU WERE A MEMBER _City of Greenville_

DATE FIRST MEMBERSHIP TERMINATED (mm/dd/ccyy) _1999_ | DATE(S) OF REFUND(S) (IF APPLICABLE mm/dd/ccyy) _1999_

### MEMBER CERTIFICATION

SIGNATURE OF MEMBER _James Terry_ | DATE OF SIGNATURE (mm/dd/ccyy) _10 / 01 / 07_

### CURRENT EMPLOYMENT INFORMATION (To be completed by employer)

DATE EMPLOYED (mm/dd/ccyy) _10/01/07_ | NAME OF EMPLOYER _Washington County Board of Sup_

CURRENT POSITION OR TITLE _Security Officer_ | POSITION ELECTED? (Check one) ☐ YES ☑ NO | IDENTIFICATION NO _00.55-000_

### EMPLOYER CERTIFICATION

I HEREBY CERTIFY THAT EMPLOYMENT IN THIS POSITION MEETS THE ELIGIBILITY REQUIREMENTS OF REGULATION #36. (See reverse side)

AUTHORIZED SIGNATURE _Judy B Brown_ | DATE OF SIGNATURE (mm/dd/ccyy) _10 / 01 / 07_

TITLE _Payroll Clerk_ | TELEPHONE NO _(662) 334-2665_

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI ❖ 429 Mississippi Street ❖ Jackson, Mississippi 39201-1005
1-800-444-7377 ❖ (601) 359-3589 ❖ FAX: (601) 359-5262 ❖ WWW.PERS.STATE.MS.US | FORM1 REV 03/05 X

Documentary Evidence

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

I, _James A Terry_, understand that I am hired on a six

(6) months trial period. Depending on my work performance, during

or after six months, I will either be kept or let go.

Signed _James Terry_

Foreman _10/01/07_

District/Office _Dale Lewis_

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
| City — Greenville | State — me | Zip Code — 38_0 | S_ |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [X] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien #) A _____
- [ ] An alien authorized to work until _____
      (Alien # or Admission #)

| Employee's Signature | Date (month/day/year) — 10/1/07 |
|---|---|

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name — Judy B Brow |
|---|---|
| Address (Street Name and Number, City, State, Zip Code) — 1584 158 Greenwille ma 38702-0156 | Date (month/day/year) — 10/1/0 |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title | | | | |
| Issuing author | | | | |
| Document #: | | | | |
| Expiration | | | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 10/1/07 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name — Judi Brown | Title — Payroll Clerk |
|---|---|---|
| Business or Organization Name — Washington County | Address (Street Name and Number, City, State, Zip Code) — PO Box 158 Greenwood ma 38702-0158 | Date (month/day/year) — 10/1/07 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

NOTE: This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

Form I-9 (Rev. 05/31/05)Y Page 2

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

PERSONNEL MASTER FILE MAINTENANCE

PERSONNEL NUMBER _____     EFFECTIVE DATE OF INFORMATION  10 / 01 / 07

NAME (LAST) _Jenny_  (FIRST) _James_  (MIDDLE) _A_

ADDRESS _____  SEX _m_ RACE _W_ D.O.B. _____

CITY & STATE _Greenville_  _MS 38701_  MARITAL STATUS _Single_ AGE _43_

S. S.# _____  PHONE _662-335-9000_  MILITARY SERVICE _N/A_

DRIVERS LIC.# _____  TERMINATION DATE  10 / 06 / 11

JOB TITLE _Heavy Eq. Operator_  DEPARTMENT _Road_  DATE HIRED  10 / 01 / 07

EMPLOYEE NUMBER _____  PROMOTED  / /

SPOUSE _N/A_  YR BORN ___  AGE ___  S.S.# / /

CHILDREN _____

_____  YR BORN ___  AGE ___

_____  YR BORN ___  AGE ___

_____  YR BORN ___  AGE ___

SPOUSE EMPLOYER

NAME _N/A_

ADDRESS _____

PHONE _____

INSURANCE _____

EMERGENCY NOTIFICATION

NAME _____

ADDRESS _____

CITY/ST _Greenville ms_

RELATION _mother_

PHONE _335-_ _____

DOCTOR _____

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

59

I, _James Haleny_ hereby state that I have received a copy of the Washington County Personnel Policy and Procedure Manual, and that I understand the manual was approved by the Board of Supervisors on August 20, 2001, and made effective October 1, 2001.

Date: _10/01/07_ . Signature: _James Teny_

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)

Washington County Evaluation Review

Name: _James Teery_

Position: _Backhoe Operator_

Review Period: _Oct. 1 - Dec. 31_

Review Comments:   I rated work performance on the following standards for this employee. The standards are rated on a 25 point system with 25 being the highest.

On Time, Vacation and Sick:                                    _23_

Quality of Work, Comebacks, Cost Prevention:       _22_

Time to Complete Work:                                          _23_

Attitude, Cooperation:                                              _23_

Evaluation Rating:                                                    _91_

Supervisor's Comments: _Take pride in his job and He Does_
_A good job_

Employee's Comments:

This is to acknowledge that in planning for my job performance review, my supervisor and I have discussed my official job description and work standards/expectations and any documented changes in work standards/expectations for this review period.

_James Teery_ _____              _1-29-08_
Employee's Signature                                      Date

_Dale Lewis_ _____                  _1-29-08_
Supervisor's Signature                                    Date

## ACKNOWLEDGMENT OF RECEIPT
## OF PERSONNEL MANUAL

I acknowledge receipt of a copy of the Washington County, Mississippi Personnel Manual (effective as of June 1, 2011) approved and adopted by the Board of Supervisors of Washington County, Mississippi on April 18, 2011.

I agree to read the Personnel Manual and to observe the rules and policies contained in it. I further agree to retain my copy of the Personnel Manual while I am employed by Washington County.

I further acknowledge and agree that the standards and policies contained in the Personnel Manual are subject to being modified or amended by the Board of Supervisors of Washington County, Mississippi at any time without notice at the discretion of the Board of Supervisors or to conform to changes in Federal or State law.

_James T___
(Signature of Employee)

_James Terry_
(Print Name)

Date: _5-23-11_

PERSONNEL ACTION REPORT

DATE _____ 10-1-07 _____

DEPARTMENT _ Road Dept _____

FOREMAN _____ Gerald Jordan _____

EMPLOYEE NAME _ James R. Terry _____

SOCIAL SECURITY NUMBER _____

COMMENTS _ Employed Effective passing drug test @ $13.00 hr ____

_____

SUBMITTED BY _ Gerald Jordan _____


PERSONNEL ACTION REPORT

DATE _____

DEPARTMENT _____

FOREMAN _____

EMPLOYEE NAME _____

SOCIAL SECURITY NUMBER _____

COMMENTS _____

_____

SUBMITTED BY _____

Washington County Evaluation Review

Name: James Terry

Position: Heavy Equipment Operator

Review Period: 3-1-2013 – 6-30-2013

Review Comments: I rated work performance on the following standards for this employee. The standards are rated on a 25 point system with 25 being the highest.

On Time, Vacation and Sick: _20_

Quality of Work, Comebacks, Cost Prevention: _25_

Time to Complete Work: _25_

Attitude, Cooperation: _25_

Evaluation Rating: _95_

Supervisor's Comments: A very good Operator.

Employee's Comments:

This is to acknowledge that in planning for my job performance review, my supervisor and I have discussed my official job description and work standards/expectations and any documented changes in work standards/expectations for this review period.

_James Terry_
Employee's Signature

_7-9-13_
Date

_Sylvester Ratliff_
Supervisor's Signature

_7-9-13_
Date

EXHIBIT A - POSITION STATEMENT & EXHIBITS
(EXHIBIT TO [DOC. 9] ANSWER & AFFIRMATIVE DEFENSES)